IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE   **Nicholla Anderson**                        :        BK NO.
           Debtor                                   :        **15-17203-SR**
                                                                    :

**FOURTH AMENDED CHAPTER 13 PLAN**

Debtor(s) shall pay to the Trustee $ 1,819.00 by June, 2016 then beginning June, 2016 the sum of $645.00 per month for 53 months for a plan totaling 60 months and in the total amount of $35, 359.00.

1. From payments received, disbursements shall be made as follows:
   (a) Priority payments under Rule 13.309(a):
      (1) All administrative expenses and commissions due to the Trustee.
      (2) Attorney's fees as Ordered by the Court to Michael D. Ward, Esquire: amounts ordered by the Court in the amount of $2,500.00.
      (3) Allowed and un-waived priority claims: None

   (b) Allowed secured claims will be paid as follows:
      (1) Claim No. 4, the Claim of PGW: the total amount of said creditor's allowed secured claim in the amount of $610.11 plus 5.5% interest over the term of the plan, or $34.00, for a total claim amount of $644.11.

      (1) Claim no. 8, the claim of The City of Philadelphia: the total amount of said creditor's allowed secured claim in the amount of $3,016.11 plus 9 % interest over the term of the plan, or $276.00, for a total claim amount of $3,292.11.
      (2) Claim no. 9, the claim of The City of Philadelphia: the total amount of said creditor's allowed secured claim in the amount of $ $543.59 plus 9% interest over the term of the plan, or $49.00, for a total claim amount of $592.59.
      (3) Claim no. 10., the Claim of U.S. Bank National Association, pre-petition mortgage arrears of $21,232.71 plus four (4) post-petition payments $323.32 each, for included post-petition payments totaling $1,293.28, for pre-petition and post-petition arrears totaling $22,525.99

   (c) After all allowed secured and priority claims are paid the remainder is to be distributed on a **100%** basis to all filed unsecured claims approved by the Court.

2. All payments on account of mortgage and security interest during the term of this plan are to be paid by the debtor except the following: None.

3. Petitioner(s) exercise their right of avoidance of all liens as allowed by law under 11 U.S.C Subsec. 522(f)

4.     Upon Confirmation of the Plan, title to all of the Petitioner(s) assets shall revest in the Petitioner(s).

5.     The following asset(s) seized during the past year are to be returned to the Debtor(s) upon Confirmation: None.

Date: June 25, 2016                                                                      /s/
                                                                                 Michael D. Ward, Esq.