IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

|  |  |  |
|---|---|---|
| | : | |
| **Nicholla Anderson** | : | BK NO. |
| | : | **15-17203-SR** |
| DEBTOR | : | |

### Motion for Leave to Withdraw as Counsel.

Michael D. Ward, Attorney at law hereby applies to for leave or Court to withdraw his appearance as attorney for the Debtor, Nicholla Anderson, on the following grounds:

1. The Debtor and Movant seemed to have come to irreconcilable differences.

2. Movant, despite efforts to do so, seems to be unable to communicate with the Debtor in a way that is productive for her case and that allows Movant to fulfill his role as her, the Debtor's, attorney in a way that he understands he is supposed to and is obligated to as long as he is the Debtor's counsel.

**WHEREFORE**, Movant, Michael D. Ward, Attorney at law respectfully requests that this Honorable Court enter an Order allowing him to withdraw his appearance on behalf of the Debtor, Nicholla Anderson.

Date: September 16, 2016                    /s/ Michael D. Ward, Esq.
                                            Attorney for debtor