IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE   **Nicholla Anderson** | : | BK NO. |
| Debtor | : | **15-17203-SR** |
| | : | **Chapter 13** |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Debtor, **Nicholla Anderson**, in the above-captioned bankruptcy proceeding.

/s/Michael D. Ward

Dated: 12/2/2016

Michael D. Ward, Attorney at law
1800 JFK Blvd
Suite 300
Philadelphia, PA   19103-7402
Phone: (267) 325-2251